UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| JOSE ALFREDO MARTINEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 4:08-cv-78-SEB-WGH |
| | ) | |
| CAESARS RIVERBOAT CASINO, LLC, | ) | |
| UNKOWN SECURITY OFFICERS OF | ) | |
| CAESARS RIVERBOAT CASINO, LLC, | ) | |
| STATE OF INDIANA, INDIANA | ) | |
| GAMING COMMISSION, and | ) | |
| UNKNOWN AGENTS OF INDIANA | ) | |
| GAMING COMMISSION, | ) | |
| | ) | |
| Defendants. | ) | |

**FINAL JUDGMENT**

Pursuant to the Court's ruling simultaneously entered on this date, final judgment is hereby entered in favor of Defendants and against Plaintiff. Each party shall bear its own costs.

IT IS SO ORDERED.

Date: _____02/19/2009_____

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Eric James Beaver
INDIANA OFFICE OF THE ATTORNEY GENERAL
eric.beaver@atg.in.gov

Marcus M. Burgher III
BURGHER & BURGHER
200 Elm Street
Corydon, IN 47112

Marcus McKinley Burgher IV
BURGHER & BURGHER
burgheriv@earthlink.net

James L. Fischer Jr.
BOEHL STOPHER & GRAVES, LLP
jfischer@bsg-in.com

Nicholas William Haverstock
BURGHER & BURGHER
nicholas.haverstock@gmail.com

Cory Christian Voight
INDIANA OFFICE OF THE ATTORNEY GENERAL
cory.voight@atg.in.gov